Honorable James L. Robart

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KEVIN MCAULIFFE, individually,<br><br>              Plaintiff,<br>vs.<br><br>O'REILLY AUTO ENTERPRISES, LLC,<br><br>              Defendant. | Cause No 2:18-cv-1628 - JLR<br><br>**STIPULATION FOR AND ORDER OF DISMISSAL**<br><br>**(Clerk's Action Required)** |

## I. STIPULATION

All parties hereby stipulate and agree that all claims have been fully settled and compromised, and hereby jointly move the Court pursuant to Federal Rule of Civil Procedure 41(1)(a)(ii) to dismiss the pending action with prejudice and without fees or costs to any party.

DATED this 21st day of May 2020.

HUGHES ROBBINS

_____
Scott Hughes, WSBA No. 28052

*Attorney for Plaintiff*

DATED this 21st day of May 2020.

SMITH FREED EBERHARD P.C.

 /s/ Kyle D. Riley
_____
Kyle D. Riley, WSBA No. 38078
Catherine E. Sutton, WSBA No. 54067

*Attorneys for Defendant O'Reilly*

STIPULATION AND ORDER FOR DISMISSAL -
Page 1
(Case No. 2:18-cv-1628-JLR)
321i23

SMITH FREED EBERHARD P.C.
1215 4th Avenue, Suite 900
Seattle, Washington 98161
Telephone: (206) 576-7575
Facsimile: (206) 576-7580

## II. ORDER

THIS MATTER having come before this Court upon the stipulation of the parties for dismissal and the Court being fully advised, it is hereby ORDERED that all claims between all parties are hereby dismissed with prejudice and without fees or costs to any party.

DATED this 21st day of May 2020.

_____
Judge James L. Robart
USDC Western District of Washington

Presented by:

DATED this 21st day of May 2020.

**HUGHES ROBBINS**

_____
Scott Hughes, WSBA No. 28052

*Attorney for Plaintiff*

DATED this 21st day of May 2020.

**SMITH FREED EBERHARD P.C.**

/s/ Kyle D. Riley
_____
Kyle D. Riley, WSBA No. 38078
Catherine E. Sutton, WSBA No. 54067

*Attorneys for Defendant O'Reilly*

STIPULATION AND ORDER FOR DISMISSAL -
Page 2
(Case No. 2:18-cv-1628-JLR)
321i23

SMITH FREED EBERHARD P.C.
1215 4th Avenue, Suite 900
Seattle, Washington 98161
Telephone: (206) 576-7575
Facsimile: (206) 576-7580